**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



FILED
NOV 2 8 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| COMM 2006-C8 COVESIDE LANE, LLC<br><br>Plaintiff,<br><br>v.<br><br>EMPIRIAN CHESAPEAKE, LLC<br><br>and<br><br>EZRA BEYMAN,<br><br>Defendants | Civil Action No.: 2:11cv120 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Comm 2006-C8 Coveside Lane, LLC and Defendants Empirian Chesapeake, LLC and Ezra Beyman, having stipulated that the above-entitled action be dismissed without prejudice, it is hereby **ORDERED** that this action against Empirian Chesapeake, LLC and Ezra Beyman, is **DISMISSED WITHOUT PREJUDICE.**

Let the Clerk send a copy of this Order to counsel of record.

ENTERED: 11/28/11

Raymond A. Jackson
United States District Judge

_____
**UNITED STATES DISTRICT JUDGE**

WE ASK FOR THIS:

*/s/ Robert W. McFarland*

Robert W. McFarland (VSB No. 24021)
Erin Q. Ashcroft (VSB No. 74639)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
Telephone: (757)640-3700
Facsimile: (757) 640-3966
eashcroft@mcguirewoods.com

Robert L. Hodges (VSB No. 31396)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-7513
Facsimile: (804) 698-2082
rhodges@mcguirewoods.com

*Counsel for Comm 2006-C8 Coveside Lane, LLC*

*/s/*

Richard H. Ottinger (VSB No. 38842)
Dustin Paul (VSB No. 75287)
Vandeventer Black LLP
500 World Trade Center
Norfolk, Virginia 23510
Telephone: (757) 446-8600
Facsimile: 757-446-8670
rottinger@vanblk.com

*Counsel for Defendants*

\35059562.1